UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

**FILED**

OCT -4 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

WENDELL CHRISTMAS )
   PLAINTIFF
       vs )
POLICE CHIEF )
   DENARD EAVES )
   DEFENDANT

CASE # 17CV08554

<u>PLAINTIFFS MOTION</u>
<u>FOR JUDGEMENT BY DEFAULT</u>

NOW COMES PLAINTIFF, WENDELL CHRISTMAS, PRO SE PURSUANT TO RULE 55 (B)(2) FRCP MOVES THIS HONORABLE COURT FOR ENTRY OF AN ORDER FOR JUDGEMENT BY DEFAULT AGAINST DEFENDANT POLICE CHIEF DENARD EAVES, AND IN SUPPORT STATES:

1) THE ABOVE CAPTIONED SECTION 1983 CIVIL RIGHTS ACTION WAS FILED ON 11/16/17 BY PLAINTIFF, PRO SE.

2) ON 5/4/18, THIS HONORABLE COURT ENTERED AN ORDER NAMING POLICE CHIEF DENARD EAVES AS A DEFENDANT AND REQUESTED PLAINTIFF TO SERVE SUMMONS ON SAID DEFENDANT THROUGH THE U.S. MARSHALL. THE INITIAL COURT STATUS WAS SET FOR 7/18/18.

3) IN ACCORDANCE WITH THE COURTS SAID ORDER, THE PLAINTIFF ISSUED A USM-285 FORM FOR DEFENDANT ON 5/15/18 AND ON 7/5/18 SAID DEFENDANT WAS PROPERLY SERVED BY THE US MARSHALL. (SEE ATTACHED DOCKET SHEET (EXIBIT A))

4) PURSUANT TO THE COURTS DOCKET ENTRY OF 7/6/18, DEFENDANTS' ANSWER TO PLAINTIFFS COMPLAINT WAS DUE 7/26/18. (SEE ATTACHED EXIZIBIT A)

5) MOREOVER, PURSUANT TO THE COURTS' DOCKET ENTRY OF 7/17/18, THE INITIAL COURT, STATUS WAS STRICKEN DUE TO DEFENDANTS FAILURE TO APPEAR AND ARRANGE FOR PLAINTIFFS TELEPHONE COURT CONFERENCE, AS ORDERED. THE COURT STATUS WAS RESET TO 8/3/18

6) PURSUANT TO THE COURTS DOCKET ENTRY OF 8/2/18, THE 8/3/18 COURT STATUS WAS AGAIN STRICKEN DUE TO DEFENDANTS' FAILURE AGAIN TO APPEAR AND ARRANGE FOR PLAINTIFFS TELEPHONE COURT CONFERENCE, AS ORDERED

7) DESPITE PROPER SERVICE ON DEFENDANT 7/5/18 AND TWO COURT ORDERED COURT STATUSES, DEFENDANT POLICE CHIEF DENARD EAVES HAS FAILED TO APPEAR AND FILE AN ANSWER TO PLAINTIFFS COMPLAINT, AS ORDERED

ACCORDINGLY, PLAINTIFF MOVES THIS HONORABLE COURT FOR ENTRY OF AN ORDER FOR JUDGEMENT BY DEFAULT AGAINST DEFENDANT CHIEF DENARD EAVES AND TO SET A HEARING DATE FOR PROVE UP OF PLAINTIFF'S DAMAGES.

RESPECTFULLY SUBMITTED

*Wendell Christmas*

WENDELL CHRISTMAS
PRO SE

| | | |
|---|---|---|
| 05/18/2018 | 7 | RECEIVED USM-285 form for defendant(s) Denard Eaves by Plaintiff Wendell Earl Christmas (Envelope postmarked 5/15/18) (lf, ) (Entered: 05/18/2018) |
| 07/06/2018 | 8 | SUMMONS Returned Executed by the U.S. Marshal Service as to Denard Eaves on 7/5/2018, answer due 7/26/2018. (jh, ) (Entered: 07/06/2018) |
| 07/17/2018 | 9 | MINUTE entry before the Honorable Andrea R. Wood: Status hearing set for 7/18/2018 is stricken and reset for 8/3/2018 at 09:45 AM. Defense counsel shall arrange for Plaintiff to be available by phone for the status hearing. Mailed notice (ef, ) (Entered: 07/17/2018) |
| 07/27/2018 | 10 | RULE 26(B)(2) MOTION by Plaintiff Wendell Earl Christmas for Leave to File Written Discovery. (Envelope postmarked 7/24/18) (lf, ) (Entered: 07/30/2018) |
| 08/02/2018 | 11 | MINUTE entry before the Honorable Andrea R. Wood: Status hearing set for 8/3/2018 is stricken until further order of Court. Mailed notice (ef, ) (Entered: 08/02/2018) |

Exhibit "A"

WENDELL CHRISTMAS
#20170611138
P.O. BOX 089002
CHICAGO, IL. 60608



2018 OCT -4 AM 9:16
CLERK
U.S. DISTRICT COURT

PRISONER CORRESPONDENCE
CLERK'S OFFICE  US DISTRICT COURT
219 S. DEARBORN ST.  20TH FLOOR
CHICAGO, IL.  60604



10/04/2018-22



FSC
MIX
Paper

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016